**Arnulfo Andres LOPEZ, Plaintiff–Appellant**

v.

**Kenneth MACK, Individually and in His Capacity as Chief of Police of the Galveston Police Department; Galveston Police Department; City of Galveston; Officer Clayton Pope; Officer Matthew Whiting; Sergeant Joel Caldwell; Officer Archie Chapman; Unknown Galveston Police Officer, also known as Whitey, Defendants–Appellees.**

No. 07–40610.

United States Court of Appeals, Fifth Circuit.

Sept. 22, 2008.

Valorie Wells Davenport, Houston, Texas, for Plaintiff–Appellant.

William S. Helfand, Chamberlain, Hrdlicka, White, Williams & Martin, Houston, TX, for Defendants–Appellees.

Before GARZA and DENNIS, Circuit Judges, and MILLS,* District Judge.

PER CURIAM: **

Plaintiff–Appellant Arnulfo Andres Lopez ("Lopez") appeals from a December 13, 2006, 2006 WL 3702895 Memorandum

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Opinion and Order of the District Court and an April 11, 2007, 2007 WL 1108736, Memorandum Opinion and Order of the District Court. Together, these orders granted summary judgment for Defendants–Appellees and dismissed all of Lopez's federal law claims and all of Lopez's state law claims except for one state law malicious prosecution claim, which the District Court remanded to state court. We have reviewed the briefs, the entire record on appeal, and the applicable law and have heard oral arguments of counsel. Finding no error in the District Court's disposition of the case, we AFFIRM essentially for the reasons stated by the District Court in its written opinions.

published and is not precedent except under the limited circumstances set forth in 5TH CIR.

